IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**TERRIE L. GRISSOM**                                                                                    **PLAINTIFF**

v.                                            **Case No. 3:19-cv-00216-KGB**

**ANDREW SAUL, Commissioner,**
**Social Security Administration**                                                                **DEFENDANT**

**JUDGMENT**

Pursuant to the Order entered this date, it is considered, ordered, and adjudged that the Commissioner's decision is affirmed and that plaintiff Terrie L. Grissom's complaint is dismissed with prejudice. The relief requested is denied.

So adjudged this the 13th day of October, 2020.

_____
Kristine G. Baker
United States District Judge